**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNTIED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>MOISES QUINTERO, JR.,<br><br>　　　　　　　Defendant(s). | Case No. 2:15-cr-00083-RFB<br><br>ORDER GRANTING MOTION<br>TO WITHDRAW<br><br>(Docket No. 11) |

On March 12, 2015, the Federal Public Defender's Office was appointed to represent Moises Quintero, Jr. Docket No. 8. The Court has been advised that a conflict exists. Docket No. 11.

Accordingly,

**IT IS HEREBY ORDERED** that the motion to withdraw (Docket No. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that attorney, William Gamage, Esq., is **APPOINTED** as CJA counsel to represent Defendant Moises Quintero, Jr. in place of the Federal Public Defender's Office for all future proceedings. Mr. Gamage's address is 5580 South Fort Apache, Suite 110, Las Vegas, Nevada 89148. His telephone number is (702) 386-9529, and his email address is askmyattorney@yahoo.com.

**IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forward Defendant's file to William Gamage, Esq., forthwith.

IT IS SO ORDERED.

DATED: March 25, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge