UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00083-RFB |
| Plaintiff, | |
| v. | **ORDER REVOKING PRETRIAL RELEASE** |
| MOISES QUINTERO, | |
| Defendant. | |

This case is before the Court on the Petition for Action on violations Conditions of Pretrial Release concerning Moises Quintero, filed by the United States on June 18, 2015. The Petition alleged that Quintero committed six violations of his conditions of pretrial release. On June 29, 2015, the Court held a hearing on the Petition, at which Quintero admitted to all six violations.

As stated at the hearing on the Petition held on June 29, 2015 and for the reasons noted on the record, the Court finds by clear and convincing evidence that Quintero has violated his conditions of pretrial release. The Court further finds that Quintero is unlikely to abide by any condition or combination of conditions of release. Therefore, pursuant to 18 U.S.C. § 3148,

**IT IS ORDERED** that pretrial release is revoked as to Defendant Moises Quintero.

**IT IS FURTHER ORDERED** that Defendant Moises Quintero shall be detained pending trial. Mr. Quintero shall surrender to this Court by **Monday, July 6, 2015 at 12:00 PM.**

DATED: July 1, 2015.

_____

**RICHARD F. BOULWARE, II**
**United States District Judge**